IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIJAH HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-cv-01678-X (BT) |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge and any objections

thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion

that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the

Findings and Conclusions of the Court. Plaintiff's motion for leave to proceed *in forma pauperis*

(Doc. No. 4) is **DENIED**. Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a

complete *in forma pauperis* application showing their entitlement to proceed *in forma pauperis*

within 30 days of this order or their case will be dismissed under Federal Rule of Civil Procedure

41(b).

**SO ORDERED,** this 21st day of November, 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE